304    APPELLATE COURTS OF ILLINOIS.

Berz Co. v. Peoples Gas Light & Coke Co., 209 Ill. App. 304.

## Berz Company, Appellee, v. Peoples Gas Light & Coke Company, Appellant.

### Gen. No. 23,567.    (Not to be reported in full.)

Appeal from the Municipal Court of Chicago; the Hon. DENNIS W. SULLIVAN, Judge, presiding. Heard in this court at the October term, 1917. Reversed with judgment of *nil capiat*. Opinion filed January 28, 1918.

### Statement of the Case.

Action by Berz Company, a corporation, plaintiff, against Peoples Gas Light & Coke Company, a corporation, defendant, to recover damages for injuries to plaintiff's ambulance automobile from a collision with defendant's automobile. From a judgment for plaintiff for $750, defendant appeals.

MEAGHER, WHITNEY, RICKS & SULLIVAN, for appellant; OLIVER R. BARRETT and FRANCIS L. DAILY, of counsel.

NINIAN H. WELCH and WILLIAM J. LACEY, for appellee.

MR. PRESIDING JUSTICE HOLDOM delivered the opinion of the court.

### Abstract of the Decision.

1. AUTOMOBILES AND GARAGES, § 6*—*what constitutes fatal variance in action for injury to automobile.* Where plaintiff alleged ownership of a certain automobile, in an action to recover damages for injuries to same by a collision with defendant's automobile, and offered proof showing ownership in another, *held* that the variance was fatal to a recovery, notwithstanding there was no plea denying ownership in plaintiff.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

2. AUTOMOBILES AND GARAGES, § 6*—*what is effect of owners of cars being in pari delicto.* Where the parties, in an action to recover damages for injuries to plaintiff's automobile from a collision with defendant's automobile, are *in pari delicto,* the law will not afford either of them relief.